CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 09 2010

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LANE O. CHENEY, | ) |
| | ) Civil Action No. 7:10-cv-00246 |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| VITRO AMERICA, INC., et al., | ) By: Samuel G. Wilson |
| | ) United States District Judge |
| Defendants. | ) |

In accordance with the Memorandum Opinion entered on this day, it is hereby

**ORDERED** and **ADJUDGED** that the motion by plaintiff Lane Cheney to strike the defenses pleaded by defendants Vitro America, Inc., Vitro America, LLC, VVP America, Inc., and Binswanger Glass is **DENIED**.

**ENTER**: This December 9th, 2010.

_____
UNITED STATES DISTRICT JUDGE